**14 So.2d 927**

**STATE v. Lennie SAVOY.**

No. 36749.

June 21, 1943.

Rehearing Denied July 13, 1943.

Eugene Stanley, Atty. Gen., Seth Lewis, Dist. Atty., of Opelousas, R. H. Lee, Sp. Asst. Atty. Gen., for the State.

S. Allen Bordelon, of Marksville, and Lessley P. Gardiner, of Opelousas, for appellee.

HAMITER, Justice.

For the reasons assigned in 204 La. 99, 14 So.2d 924, which was today decided, the judgment appealed from is reversed and set aside, defendant's demurrer is now overruled, and the case is remanded for further proceedings according to law.

HIGGINS, J., concurs in part and dissents in part and assigns reasons. See 204 La. 103, 14 So.2d 925.

FOURNET, J., dissents and assigns reasons.

PONDER, J., dissents.

FOURNET, Justice (dissenting).

The issues involved in this case are the same as those involved in the case of State of Louisiana v. Lennie Savoy, 204 La. 99, 14 So.2d 924, this day handed down, and, for the reasons therein assigned, I respectfully dissent from the majority opinion in this case.